**Order entered December 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00182-CR
### No. 05-16-00183-CR

### WALDRICK BROOKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F14-70150-S & F15-00333-S**

## ORDER

The Court **REINSTATES** these appeals.

On November 10, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Kathryn Veech; (3) counsel's explanation for the delay in filing appellant's brief is due to family and personal health issues; and (4) counsel requests an additional fifteen days to file the brief.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

/s/     ADA BROWN
             JUSTICE